IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS J. MOXLEY, | ) |
|                Petitioner, | ) |
| vs. | )   Case No. CIV-07-508-M |
| COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, | ) |
|                Respondent. | ) |

## ORDER

On July 9, 2007, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as moot. The parties were advised of their right to object to the Report and Recommendation by July 30, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 9, 2007;

(2) GRANTS respondent's Motion to Dismiss [docket no. 9]; and

(3) DISMISSES the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 with prejudice as moot.

**IT IS SO ORDERED this 7th day of August, 2007.**

*[Signature: Vicki Miles-LaGrange]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE